UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
(Greensboro Division)

| | |
|---|---|
| IN RE:   RENEA DAWN ROBERTS,<br><br>                          Debtor. | Case No.   17-11163<br><br>Chapter  7 |
| FIRST NATIONAL BANK OF OMAHA,<br><br>                          Plaintiff,<br><br>v.<br><br>RENEA DAWN ROBERTS,<br><br>                          Defendant. | **COMPLAINT SEEKING EXCEPTION TO DISCHARGE PURSUANT TO 11 U.S.C. §523(a)(2)(C) and/or §523(a)(2)(A)**<br><br>A.P.  No. 16-ap-_____.<br><br>Hon.  Judge Aron |

The Plaintiff, First National Bank of Omaha, by and through its attorney, and for its Complaint against the Debtor, avers and alleges as follows:

**I. Parties and Jurisdiction**

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §1334 and §157.
2. This matter is a core proceeding pursuant to 28 U.S.C. §157.
3. The Debtor filed a Petition, and an Order for Relief was entered under 11 U.S.C Chapter 7 on October 19, 2017.
4. The Plaintiff is a named creditor in the above referenced bankruptcy proceeding and is objecting to the discharge of a debt in this bankruptcy.

**II. Facts and Background**

5. The Debtor, Renea Dawn Roberts, was issued a credit card account by First National Bank of Omaha, number xxxx-xxxx-xxxx-8810, which account was opened on April 10, 2014.
6. On August 17, 2017, the account was in good standing and the balance of the abovementioned account was $0.00.

7. Between August 17, 2017 and October 5, 2017, the Debtor charged $12,771.12 on the Account and never made a payment.

8. The Debtor was rarely using this Account prior to the above spending.

9. The Debtor has previously filed for bankruptcy protection.

10. The Debtor's charges during this time period, included, but were not limited to:

    a) A check to State Employees Credit Union in the amount of $8,000.00;

    b) A charge to State Employees Credit Union in the $2,200.00;

    c) A charge to Best Buy in the amount of $1,350.36; and

    d) A charge to Sam's Club in the amount of $428.58.

*See* Exhibit A, true and accurate copies of the account statements are attached hereto.

11. Interestingly, State Employees Credit Union is where the Debtor has banking accounts and a secured obligation.

12. The Debtor listed her account with Plaintiff as only having a balance of $1,942.84 in her Schedules.

13. Upon information and belief, the Debtor either tried to deposit money in her bank account and/or pay off a portion of her secured debt with this Account.

14. The Debtor went from rarely using this Account to charging excessively in a short period of time right before bankruptcy and never made a payment on the Account.

15. Given the Debtor's monthly income, monthly living expenses, and circumstances as set forth in her sworn Schedules and sworn Statement of Financial Affairs, at the time the Defendant incurred the abovementioned $12,771.12 in charges, the Debtor's monthly disposable income was not sufficient to pay for this transaction pursuant to the terms and conditions associated with the account.

### III. First Cause of Action

16. Paragraphs 1 through 15 are hereby repeated and incorporated as if fully set forth herein.

17. The Debtor made approximately $12,771.12 in purchases on the abovementioned account within 90 days of filing bankruptcy.

18. To the extent that the Debtor incurred luxury good purchases or services aggregating more than $675.00 within ninety days of filing this Chapter 7 bankruptcy, said luxury good purchases or services are presumed nondischargeable pursuant to 11 U.S.C. §523 (a) (2) (C)(i).

19. Based on the location, frequency, and change in spending, the charges made during the 90-day period appear to be for luxury and/or non-necessity type goods or services.

20. Upon information and belief, the $12,771.12 in charges made during the 90-day period were for luxury and/or non-necessity type goods or services and should not be discharged.

21. Based on the foregoing, the charges incurred for luxury goods or services over $675.00 are non-dischargeable pursuant to 11 U.S.C. §523 (a) (2) (C).

### IV. Second Cause of Action

22. Paragraphs 1 through 21 are hereby repeated and incorporated as if fully set forth herein.

23. Pursuant to the account agreement, the Debtor agreed to repay Plaintiff for the charges on the account by using the card and represented that she had the ability to repay for the charges.

24. When the Debtor made the $12,771.12 in charges on the account, the Debtor represented that she had the intention to repay said debt to the Plaintiff pursuant to the terms of the account agreement and by use of the card.

25. The account statements are marked Exhibit A, and attached hereto.

26. The Plaintiff relied upon the Debtor's representations of intent to repay the Plaintiff pursuant to the terms of the account agreement and representations of agreement to abide by the terms of the account agreement in allowing the Debtor to use this account and incur these charges between August 17, 2017 and October 5, 2017, as set forth in Exhibit A, attached hereto.

27. Although the Debtor knew or should have known that she would not be able to repay Plaintiff for these charges, the Debtor continued using the card.

28. The Debtor's spending habits and patterns changed suddenly and drastically when she started making these charges.

29. The Debtor made sure all of the available credit was utilized in a short period of time right before she filed for bankruptcy protection.

30. The Debtor never made a payment on the Account after making the $12,771.12 in charges.

31. The Debtor either deliberately intended to deceive Plaintiff or acted recklessly with regard to her ability to pay Plaintiff for the $12,771.12 in charges.

32. The Plaintiff monitored the Defendant's card activity and credit worthiness on a monthly basis and there were no indications and/or "red flags" indicating that Defendant would not repay Plaintiff for these charges.

33. The Plaintiff was justified in its reliance upon the Debtor's representations of intent to repay the Plaintiff pursuant to the terms of the account agreement and representations of agreement to abide by the terms of the account agreement.
34. The Debtor incurred the abovementioned $12,771.12 in charges on the Plaintiff's accounts at a time when the Debtor was unable to meet her existing financial obligations as they became due.
35. Based upon the above, at the time the Debtor incurred the abovementioned $12,771.12 in charges, the Debtor intended to deceive the Plaintiff in that she either had no intention to repay said debt to the Plaintiff pursuant to the terms of the account agreements or the Debtor knew or should have known that she had no ability to repay said debt to the Plaintiff.
36. Based upon the above, at the time the Debtor incurred the abovementioned $12,771.12 in charges, the Debtor deceived the Plaintiff in that she made such representations of intent to repay the Plaintiff pursuant to the terms of the account agreement and representations of agreement with knowledge that the debtor was unable to repay Plaintiff or to abide by the terms of the account agreement with a reckless disregard as to the truthfulness of said representations.
37. Therefore, the Debtor obtained said money from the Plaintiff by false pretenses, false representation, or actual fraud, and at the time of filing, the debt owed to the plaintiff was in the amount of $12,771.12 and for the above reasons, this indebtedness to Plaintiff, First National Bank of Omaha, is nondischargeable in bankruptcy pursuant to 11 U.S.C. §523 (a) (2) (A).

## V. Prayer for Relief

**WHEREFORE,** Plaintiff, First National Bank of Omaha, respectfully prays that this Court:

A. Determine that the Debtor's indebtedness to the Plaintiff is an exception to discharge pursuant to 11 U.S.C. §523 (a) (2) (C) and/or (a)(2)(A).
B. Grant judgment to the Plaintiff, First National Bank of Omaha, against the Debtor, Luck Blakley the amount of $12,771.12 plus the $350.00 Adversary Proceeding filing fee, for a total of $13,121.12 plus interest from the date of the bankruptcy filing, plus the Plaintiff's other costs and disbursements incurred for the collection of this debt and of this action as permitted by applicable law, and
C. Grant the Plaintiff such other and further relief as to this Court seems just and proper.

Dated:      January 9, 2018

                              THE GREEN LAW FIRM, P.C.

                              /S/  Jay B. Green
                              _____
                              Jay B. Green, NCSB 23806
                              Attorney for Plaintiff
                              908 E. Edenton Street
                              Raleigh, North Carolina 27601
                              Telephone: 919-829-0797
                              Facsimile:  919-829-0799

EXHIBIT A

 

| | |
|---|---|
| Account Number: | 8810 |
| New Balance: | $1,942.84 |
| Minimum Payment Due: | $436.00 |
| Payment Due Date: | October 6, 2017 |

Make checks payable to First Bankcard

First Bankcard
P.O. Box 2557
Omaha, NE 68103-2557

Amount of Payment Enclosed

$

2253   000000

RENEA D ROBERTS
201 MARTHA LN
REIDSVILLE NC 27320-1436

Change of Address? If yes, please complete reverse side.



810    0000000043600    0000000194284

PLEASE DETACH HERE AND RETURN TOP PORTION WITH YOUR PAYMENT

Ram Mastercard®

Account Number: 8810
Page 001 of 002

 **Account Summary**

| | |
|---|---|
| Previous Balance | $0.00 |
| Payments | -$0.00 |
| Other Credits | -$8,838.87 |
| Purchases | +$1,942.84 |
| Balance Transfers | +$8,417.98 |
| Cash Advances | +$0.00 |
| Fees Charged | +$420.89 |
| Interest Charged | +$0.00 |
| **New Balance** | **$1,942.84** |
| Statement Closing Date | 09/08/17 |
| Days in Billing Cycle | 30 |
| Total Credit Limit | $12,550.00 |
| Available Credit | $10,607.00 |
| Cash Limit | $2,550.00 |
| Available Cash | $2,550.00 |

 **Payment Information**

| | |
|---|---|
| New Balance | $1,942.84 |
| Minimum Payment Due | $436.00 |
| Past Due Amount | $0.00 |
| Payment Due Date | October 6, 2017 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $37 and your APRs may be increased to a Penalty APR of up to 30.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For Example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 5 years | $2,480 |
| $65 | 3 years | $2,340 (Savings $140) |

If you would like information about credit counseling services, call 1-866-486-6322.

 **Customer Service**

Save Time and Stamps by Paying Online!

**Call: Toll Free 1-866-348-3507**
(TDD Telecommunications Device for the Deaf: 1-800-925-2533) (Balance Transfer Hotline: 1-877-389-8231)
**Visit: www.firstbankcard.com/ram**
Remit to: First Bankcard, P.O. Box 2557, Omaha, NE 68103-2557

## Smart Tips

**Have you secured your identity from theft?**
Remember that the most common way identity thieves get their hands on your information is by going through your trash. Be sure to shred anything with sensitive information before throwing it away!

## Rewards Summary

Earn rewards points everyday - you earn 3 points per $1 on FCA Purchases, 2 points per $1 on Travel Purchases and 1 point per $1 on all other Net Purchases. Then you can redeem those points for FCA parts (including Mopar parts and accessories) and services at FCA participating dealerships or to purchase or lease a new or used Chrysler, Dodge, Jeep, Ram or FIAT vehicle at a FCA participating dealership. You can also redeem for travel, cash back as a statement credit to your Account, gift cards, merchandise or other goods and services. See your rewards terms and conditions for complete details.

- 0 Points earned this month on FCA Purchases
- 0 Points earned this month on Travel Purchases
- 1,943 Points earned this month on all other Net Purchases
- 0 Bonus points earned this month
- 1,943 Total points earned this month
- 0 Points redeemed this month
- 4,753 Current point balance

Points expiring on your next statement closing date.....................0
(Points earned expire on or after 7 years from the date they are awarded.)

Redeem your points online 24/7 by accessing your Account at the web address listed above or by calling the Rewards Service Center at 855-856-0509 during hours of operation Monday through Friday, 8:00 a.m. to 11:00 p.m. Central Standard Time, and Saturday and Sunday, 8:00 a.m. to 4:30 p.m. Central Standard Time.

Issued by First Bankcard, a division of First National Bank of Omaha
Ram is a registered trademark of FCA US LLC.

See reverse for additional information.

Continued next page



## Our Commitment TO YOU

We are committed to providing our customers with quality products, superior service, and our continued support and respect.

**Account Number:**
■■■■ 8810
Page 002 of 002

### Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| **Payments and Other Credits** | | | | |
| 8-17 | 9-01 | 75411177244001163860011 | BALANCE TRANSFER REV | $8,417.98 (CR) |
| 8-17 | 9-01 | 75179967244600244073013 | BALANCE TRANS FEE REV 7% 8417.98 | $420.89 (CR) |
| **Transactions** | | | | |
| 8-17 | 8-17 | 85411177229600000002446 | BALANCE TRANSFER LS | $8,417.98 |
| 9-03 | 9-05 | 05436847247400015395157 | SAMS CLUB #4996 DANVILLE VA | $428.58 |
| 9-04 | 9-05 | 05410197247285019069948 | BEST BUY     00001552 GREENSBORO NC | $1,350.36 |
| 9-04 | 9-06 | 05436847248200023266323 | HOBBY LOBBY #315 GREENSBORO NC | $73.21 |
| 9-07 | 9-08 | 55480777251051168000025 | CATO #139 REIDSVILLE NC | $90.69 |
| **Fees** | | | | |
| 8-17 | 8-17 | 75179967229000229083310 | BAL TRAN FEE a2 8417.98 | $420.89 |
| **Total Fees For This Period** | | | | **$420.89** |

**Interest Charged**

| | |
|---|---|
| Interest Charge on Purchases | $0.00 |
| Interest Charge on Cash Advances | $0.00 |
| Interest Charge on Balances Transfers | $0.00 |
| **Total Interest For This Period** | **$0.00** |

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.     (v) Variable Rate   (f) Fixed Rate

| Charge Summary | Annual Percentage Rate (APR) | Special Offer or Eligible Purchase APR Expiration Date | Balance Subject to Interest Rate | Days Rate Used | Interest Charge |
|---|---|---|---|---|---|
| Purchases | 12.99% (v) | N/A | $329.27 | 30 | $0.00 |
| Cash Advance | 26.24% (v) | N/A | $0.00 | 30 | $0.00 |
| Balance Transfer | 12.99% (v) | N/A | $0.00 | 30 | $0.00 |

### 2017 Total Year-to-Date

Total fees charged in 2017 ....................................................$0.00
Total interest charged in 2017 ...............................................$0.00

### Additional Information Regarding Your Account

#### We've Enhanced the Charge Summary Section of your Statement

The Charge Summary section has been enhanced to display the expiration date for any applicable offer(s). The "Special Offer or Eligible Purchase APR Expiration Date" column displays the month in which your special offer will expire, if applicable. Applicable Special Offer or Eligible Purchase APRs will expire on the Statement Closing Date within the month listed for expiration.

#### SERVICEMEMBERS CIVIL RELIEF ACT (SCRA)

If you are an **active duty member of the United States Military**, you may be eligible for additional benefits on your account(s) under the Servicemembers Civil Relief Act (SCRA).

Call 855-868-8446 or log in to the website listed on the front of your statement and click 'Resources' for more information.

 

| | |
|---|---|
| | Account Number: ■■■ 8810 |
| | New Balance: .....................$12,771.12 |
| | Minimum Payment Due: ............$1,185.00 |
| | Payment Due Date: ........November 6, 2017 |

Make checks payable to First Bankcard

First Bankcard
P.O. Box 2557
Omaha, NE 68103-2557

Amount of Payment Enclosed

$

2253   000000

RENEA D ROBERTS
201 MARTHA LN
REIDSVILLE NC 27320-1436

**Change of Address?** If yes, please complete reverse side.

■■■ 810    0000000118500    0000001277112

PLEASE DETACH HERE AND RETURN TOP PORTION WITH YOUR PAYMENT

Ram Mastercard®

Account Number:
■■■ 8810
Page 001 of 002

 **Account Summary**

 **Payment Information**

| | |
|---|---|
| Previous Balance ..............$1,942.84 | New Balance ...........................................................$12,771.12 |
| Payments ..................................-$0.00 | Minimum Payment Due ...........................................$1,185.00 |
| Other Credits ............................-$0.00 | Past Due Amount ......................................................$436.00 |
| Purchases ................................+$0.00 | Payment Due Date .............................................November 6, 2017 |
| Balance Transfers ............+$8,000.00 | |
| Cash Advances .................+$2,200.00 | |
| Fees Charged .....................+$536.00 | |
| Interest Charged ....................+$92.28 | |
| **New Balance** ..................**$12,771.12** | |

Statement Closing Date ........10/10/17
Days in Billing Cycle .........................32

Total Credit Limit .............$12,550.00
Available Credit ...........................$0.00
Cash Limit ............................$2,550.00
Available Cash .............................$0.00

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $37 and your APRs may be increased to a Penalty APR of up to 30.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For Example:

| If you make no additional charges using this card and each month you pay ... | You will pay off the balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|
| Only the minimum payment | 25 years | $34,723 |
| $445 | 3 years | $16,020 (Savings $18,703) |

If you would like information about credit counseling services, call 1-866-486-6322.

 **Customer Service**

Save Time and Stamps by Paying Online!

**Call: Toll Free 1-866-348-3507**
(TDD Telecommunications Device for the Deaf: 1-800-925-2633) (Balance Transfer Hotline: 1-877-386-8231)
**Visit: www.firstbankcard.com/ram**
Remit to: First Bankcard, P.O. Box 2557, Omaha, NE 68103-2557

## Smart Tips

**Avoid Credit Card Fraud**
Do not give out your account number over the phone unless you initiate the call. Credit card thieves have been known to pose as credit card issuers and other businesses to trick you into giving out your credit card number. Legitimate companies don't call you to ask for a credit card number over the phone.

## Rewards Summary

Earn rewards points everyday - you earn 3 points per $1 on FCA Purchases, 2 points per $1 on Travel Purchases and 1 point per $1 on all other Net Purchases. Then you can redeem those points for FCA parts (including Mopar parts and accessories) and services at FCA participating dealerships or to purchase or lease a new or used Chrysler, Dodge, Jeep, Ram or FIAT vehicle at a FCA participating dealership. You can also redeem for travel, gift cards, merchandise, or cash back as a statement credit to your Account. See your rewards terms and conditions for complete details.

    0  Points earned this month on FCA Purchases
    0  Points earned this month on Travel Purchases
    0  Points earned this month on all other Net Purchases
    0  Bonus points earned this month
    0  Total points earned this month
    0  Points redeemed this month
4,753  Current point balance

Points expiring on your next statement closing date......................0
(Points earned expire on or after 7 years from the date they are awarded.. To avoid expiring your points, please redeem them before your due date listed on this statement.)

Redeem your points online 24/7 by accessing your Account at the web address listed above or by calling the Rewards Service Center at 855-856-0509 during hours of operation Monday through Friday, 8:00 a.m. to 11:00 p.m. Central Standard Time, and Saturday and Sunday, 8:00 a.m. to 4:30 p.m. Central Standard Time.

Issued by First Bankcard, a division of First National Bank of Omaha
Ram is a registered trademark of FCA US LLC.

See reverse for additional information

Continued next page






**Account Number:**
████████8810
Page 002 of 002

---

### Important Information Regarding Your Account

By your closing date, we had not received the required payment.
Please forward the proper minimum amount due to bring your account current.

We may report information about your account to credit bureaus.
Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

### Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| **Transactions** | | | | |
| 9-21 | 9-21 | 85411177264006000003747 | BALANCE TRANSFER us | $8,000.00 |
| 10-05 | 10-06 | 85422797278980012561991 | STATE EMPLOYEES CREDIT REIDSVILLE NC | $2,200.00 |
| **Fees** | | | | |
| 9-21 | 9-21 | 75179967264000264063010 | BAL TRAN FEE 80  8000.00 | $400.00 |
| 10-05 | 10-06 | 75179967279000279060330 | CASH ADVANCE FEE 07  2200.00 | $110.00 |
| 10-06 | 10-10 | 75179967283000283062000 | LATE FEE | $26.00 |
| **Total Fees For This Period** | | | | **$536.00** |

**Interest Charged**

| | |
|---|---|
| Interest Charge on Purchases | $22.29 |
| Interest Charge on Cash Advances | $9.98 |
| Interest Charge on Balances Transfers | $60.01 |
| **Total Interest For This Period** | **$92.28** |

Your Annual Percentage Rate (APR) is the annual interest rate on your account.    (v) Variable Rate   (f) Fixed Rate

| Charge Summary | Annual Percentage Rate (APR) | Special Offer or Eligible Purchase APR Expiration Date | Balance Subject to Interest Rate | Days Rate Used | Interest Charge |
|---|---|---|---|---|---|
| Purchases | 12.99% (v) | N/A | $1,957.65 | 32 | $22.29 |
| Cash Advance | 26.24% (v) | N/A | $433.90 | 32 | $9.98 |
| Balance Transfer | 12.99% (v) | N/A | $5,267.79 | 32 | $60.01 |

### 2017 Total Year-to-Date

Total fees charged in 2017 ..................................... $536.00
Total interest charged in 2017 ............................... $92.28

### Additional Information Regarding Your Account

#### We've Enhanced the Charge Summary Section of your Statement

The Charge Summary section has been enhanced to display the expiration date for any applicable offer(s).
The "Special Offer or Eligible Purchase APR Expiration Date" column displays the month in which
your special offer will expire, if applicable. Applicable Special Offer or Eligible Purchase APRs
will expire on the Statement Closing Date within the month listed for expiration.